# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED
SEP 30 2019
David J. Bradley, Clerk

| UNITED STATES OF AMERICA | | | **CRIMINAL COMPLAINT** |
|---|---|---|---|
| V. | | | |
| Estella Contreras | PRINCIPAL | United States | Case Number: |
| YOB: 1976 | | | M-19-2342-M |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Blanca Iris Hernandez-Orantes and Jose Miguel Herrera-Aguilar, both citizens of Guatemala, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to another location near Mission, Texas, by means of a motor vehicle,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**
I further state that I am a(n) **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On September 29, 2019, a Border Patrol Agent observed several suspected illegal aliens run out from a high dense vegetation area and get into a blue Ford sports utility vehicle (SUV) near the intersection of Schuerbach Road and Military Highway in Mission, Texas.

**SEE ATTACHED**

Approved by Scott V. Greenbaum, AUSA
[signature] 9/30/19

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

_____
Signature of Complainant

Carlos A. Sanchez          Border Patrol Agent
Printed Name of Complainant

September 30, 2019   3:10 pm   at   McAllen, Texas
Date                                        City and State

Peter E. Ormsby, U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-19-2342-M

RE: Estella Contreras

**CONTINUATION:**

The Border Patrol Agent proceeded to drive south towards the aforementioned location, to further investigate and to conduct an immigration inspection on the occupants. As the Border Patrol Agent was driving south, the SUV started driving north passing him on Schuerbach Road. At that point the Agent was able to observe at least two females in the driver and passenger seat. The Agent then performed a U-turn and noticed the SUV accelerated to approximately 70 miles per hour (MPH) in a 30 MPH zone in an attempt abscond. The Agent proceeded to follow the SUV northbound on Schuerbach Road and activated his emergency lights after requesting the vehicle registration check. The SUV failed to yield and continue traveling at speeds of approximately 70 MPH. The SUV was swerving through red lights without using any form of turn signaling in an attempt to flee from Border Patrol. A Border Patrol Agent was able to observe a female driver later identified as Estella Contreras on the phone while still driving the vehicle. After a short pursuit Contreras was forced to stop in the right lane of Expressway 83 Frontage Road due to heavy traffic conditions.

Agents then approached the vehicle and manually put it on park, turned off the vehicle and extracted Contreras from the driver seat. Border Patrol Agents also found six more subjects inside the SUV. Border Patrol Agents conducted an immigration inspection on all subjects and determined the driver Estella Contreras, was a United States Citizen and that the remaining subject inside the SUV were illegally present in the United States. All subjects were transported to the McAllen Border Patrol Station to be processed accordingly.

**PRINCIPAL STATEMENT**
Estella Contreras was read her Miranda Rights. She understood and agreed to provide a sworn statement without the presence of an attorney.

Contreras stated she was hired to pick up aliens and was going to receive $50 per alien. Contreras claimed she was instructed to pick up the aliens near the Butterfly center in Mission, Texas. Once at the pickup location, Contreras claimed the aliens boarded her vehicle and she began to drive. Contreras stated she was on the phone attempting to coordinate the drop off location when she noticed an agent trying to pull her over. Contreras claimed she panicked and kept driving away.

**MATERIAL WITNESSES STATEMENTS:**
Blanca Iris Hernandez-Orantes and Jose Miguel Herrera-Aguilar were read their Miranda Rights. Both understood and agreed to provide a sworn statement without the presence of an attorney.

Hernandez, a citizen of Guatemala, stated she made her smuggling arrangements and was to pay approximately $9,000. After crossing the river in a raft with several other people, Hernandez stated they were told a blue vehicle would pick them up. When the blue vehicle arrived, Hernandez and the other subjects boarded the vehicle. Hernandez entered through the front side passenger of the vehicle and the rest of the group entered through the back doors. Hernandez stated the driver of the blue vehicle was a female. Hernandez stated the female driver continued to drive after being followed by Border Patrol.

Herrera, a citizen of Guatemala, stated he made his smuggling arrangements and was to pay $9,000. After crossing the river with several other people, Herrera stated they were told a blue truck would pick them up. Once the blue truck arrived, Herrera stated they all jumped in and noticed the driver was a female subject. Herrera claimed the female driver kept driving even after being followed by Border Patrol.